UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YVETTE HOBZEK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>   - against -<br><br>HOMEAWAY.COM, INC., et al.,<br><br>                    Defendants. | **NO. 1:16-CV-01058 SS**<br><br>**STIPULATED AND AGREED ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiff Yvette Hobzek, appearing pro se, and Defendants Homeaway.com, Inc., VRBO.com, Inc., and Expedia.com, Inc., by and through their undersigned counsel, stipulate and agree as follows:

    1.    On September 11, 2019, the Arbitrator entered a Stipulated and Agreed Order of Dismissal with Prejudice of the Arbitration, attached as Exhibit A to this Stipulated and Agreed Order of Dismissal.

    2.    Therefore, this case should be dismissed with prejudice, with each side to bear her/its own attorneys' fees and costs.

Dated: October 15, 2019                            Respectfully submitted,

                                                                       *s/ Rebecca J. Francis*
                                                                       Rebecca J. Francis
                                                                       Admitted Pro Hac Vice
                                                                       DAVIS WRIGHT TREMAINE LLP
                                                                       920 Fifth Avenue, Suite 3300
                                                                       Seattle, WA 98104-1610
                                                                       Tel: (206) 757-8285
                                                                       Email: rebeccafrancis@dwt.com

Dated: October 15, 2019                            Respectfully submitted,

*s/ Yvette Hobzek*
Yvette Hobzek
Appearing Pro Se
918 200th Avenue SE
Sammamish, WA 98075
Tel: (206) 898-6859
Email:  townerealtynw@gmail.com

## **ORDER**

IT IS ORDERED that this case be dismissed with prejudice, with each side to bear her/its own attorneys' fees and costs.

**SIGNED** this \_\_\_\_\_ day of October 2019.

_____
**SAM SPARKS**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. I further hereby certify that I have mailed by United States Postal service the document to the following non CM/ECF participant:

>Yvette Hobzek, Claimant
>Appearing Pro Se
>918 200th Avenue SE
>Sammamish, WA 98075
>Email:  townerealtynw@gmail.com
>Tel: (206) 898-6859

Dated: October 15, 2019                     Respectfully submitted,

>*s/ Rebecca J. Francis*
>Rebecca J. Francis
>Admitted Pro Hac Vice
>DAVIS WRIGHT TREMAINE LLP
>920 Fifth Avenue, Suite 3300
>Seattle, WA 98104-1610
>Tel: (206) 757-8285
>Email:  rebeccafrancis@dwt.com

# EXHIBIT A

AMERICAN ARBITRATION ASSOCIATION

YVETTE HOBZEK,

                Claimant,

v.

HOMEAWAY.COM, INC., VRBO.COM, INC., and EXPEDIA, INC.,

                Respondents.

No. 01-17-0006-1421

STIPULATED AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

## STIPULATION

Claimant Yvette Hobzek and Respondents Homeaway.com, Inc., VRBO.com, Inc., and Expedia.com, Inc., stipulate and agree that the Arbitrator should dismiss this arbitration with prejudice, with each side to bear her/its own attorneys' fees and costs.

## ORDER

It is so ORDERED. This Arbitration is dismissed with prejudice, with each side to bear her/its own attorneys' fees and costs.

DATED this 10th day of September, 2019.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

_____
The Honorable Larry A. Jordan
Arbitrator

Jointly Presented By:

_____
Rebecca Francis, WSBA #41196
Rachel Herd, WSBA #50339
Davis Wright Tremaine, LLP
*Attorneys for Respondents*


_____
Yvette Hobzek, Claimant
Appearing Pro Se

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 2
4846-4663-1332v.1 0098221-000012

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206 622 3150 main   206 757 7700 fax

The Honorable Larry A. Jordan
Arbitrator

Jointly Presented By:

_____
Rebecca Francis, WSBA #41196
Rachel Herd, WSBA #50339
Davis Wright Tremaine, LLP
*Attorneys for Respondents*

_____
Yvette Hobzek, Claimant
Appearing Pro Se

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 2
4846-4663-1332v.1 0098221-000012

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax