IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 NOV -1  PM 2: 16
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

**YVETTE HOBZEK**
       **Plaintiff,**

-vs-                                          Civil action: 1:16-cv-1058 SS

**HOMEAWAY.COM, INC., et al**
       **Defendants.**

### ORDER

BE IT REMEMBERED that on this day the Court reviewed the file in the above-styled cause, and specifically the Stipulation of Dismissal [#69], and after consideration of the same now enters the following:

IT IS ORDERED that the Stipulation of Dismissal [#69] is GRANTED in all respects and that this lawsuit is hereby DISMISSED WITH PREJUDICE.

IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the ___1st___ day of November 2019.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE